PD-1334-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/4/2015 1:53:49 PM
Accepted 11/4/2015 5:31:27 PM
ABEL ACOSTA
CLERK

PD-1334-15
04-14-00246-CR
TC-11-09-00041-CRL

| | | |
|---|---|---|
| DESTYN DAVID FREDERICK | § | IN THE COURT OF |
| Appellant | § | |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | |
| Appellee | § | AUSTIN, TEXAS |

## AMENDED MOTION FOR LEAVE
## TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Richard E. Langlois, court appointed attorney of record for Appellant, Destyn David Frederick, in the above styled and numbered cause and respectfully requests leave of this Court to withdraw as counsel for Appellant and in support thereof shows:

### I.

Counsel was appointed by the District Court in LaSalle County to represent Destyn David Frederick for the appeal of his conviction of murder in the above styled and numbered cause. Counsel timely filed appellant's brief in this matter. The Fourth Court of Appeals issued an opinion affirming appellant's conviction and sentence on September 9, 2015. Thereafter, Counsel submitted a letter in compliance with Rule 48.2 TRAP to Destyn David Frederick informing him of his right to file a pro se petition for discretionary review pursuant to Rule 68 TRAP and provided notice counsel would withdraw as his attorney of record. Counsel is in compliance with the opinion in *Ex Parte Wilson, 956 S.W.2d 25, (Tex.Crim.App. 1997* and has not been retained to file a Petition for Discretionary Review.

## II.

Because counsel could not confirm Appellant Destyn Frederick received Counsel's letter notifying of his right to file a pro se petition for discretionary review, counsel, in an abundance of caution, to avoid Destyn Frederick forfeiting his right to file a pro se petition for discretionary review, filed a motion to extend time to file petition for discretionary review. This court granted counsel motion to file his petition for discretionary review to November 9, 2015.

Counsel's previous motion to withdraw with the Fourth Court of Appeals Fourth Court of Appeals was granted. To prevent Appellant not having legal representation on his petition for discretionary review counsel filed a motion to withdraw his prior motion to withdraw. However, circumstances have changed when counsel received an email from Destyn Frederick's mother on October 29, 2015 notifying counsel not to file a petition for discretionary review and terminate his representation of Destyn Frederick.

In compliance with Defendant Destyn Frederick's request Counsel herein files his motion to withdraw as counsel of record before this court for appellant Destyn Frederick.

## III.

Counsel believes that no injustice or prejudice will be caused by the withdrawal of counsel at this time and that Counsel has no further legal duty to continue to represent appellant in this matter. Appellant has filed a pro se petition for discretionary review.

WHEREFORE, PREMISES CONSIDERED, Richard E. Langlois respectfully requests that this court enter an order permitting counsel withdraw from his representation of Destyn Frederick in this cause.

RESPECTFULLY SUBMITTED

LAW OFFICES
RICHARD E. LANGLOIS
217 Arden Grove
San Antonio, Texas  78215
Tel:  (210) 225-0341
Fax:  (210) 225-0345


/s/ *Richard E. Langlois*
State Bar No. 11922500
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Withdraw has been mailed to Destyn David Frederick, TCDJ: 01920865, 899 FM 632, Kenedy, Texas 78110-4516 and to Mr. Rene M. Pena, Atascosa County District Attorney. 1327 3rd St., Floresville, Texas 78114-1961, on this 4st day of November 2015.

/s/ *Richard E. Langlois*